**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 14, 2015

Hon. Soledad M. Valenciano
SPIVEY VALENCIANO, PLLC
McAllister Plaza
9601 McAllister Freeway, Ste. 130
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Alan T. Ozuna
Denton, Navarro, Rocha & Bernal
701 E Harrison, Suite 100
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. James Kenneth Spivey
SPIVEY VALENCIANO, PLLC
McAllister Plaza
9601 McAllister Freeway, Ste. 130
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Eddie Lucio
Law Office of Eddie Lucio
422 E. Harrison Avenue
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. Ricardo J. Navarro
Attorney at Law
701 E. Harrison, Suite 100
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. Robert L. Drinkard
Attorney at Law
701 E. Harrison Avenue, Ste. 100
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00340-CV
Tr.Ct.No. 2013-DCL-03282-I
Style:   PARTNERS DEWATERING INTERNATIONAL, L.C. v. CITY OF RIO
         HONDO

Appellee's motion for rehearing and motion for reconsideration en banc in the above cause were this day DENIED by this Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:dot